# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201800014**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**MATHEW F. WILLIAMS**
Private First Class (E-2), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel Joseph P. Lisiecki, USMC.
Convening Authority: Commanding Officer, Marine Aircraft Group 39,
Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Wilbur
Lee, USMC.
For Appellant: Major James S. Kresge, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 31 May 2018

———————————————

Before HUTCHISON, SAYEGH, and ELLINGTON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court